United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Janis Eleanor McDonough  
Joseph Lee McDonough  
    Debtors

Case No. 23-02631-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Dec 18, 2023     Form ID: ntcnfhrg     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Janis Eleanor McDonough, Joseph Lee McDonough, 509 Sanderson Avenue, Olyphant, PA 18447-2038 |
| 5579410 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 5579092 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |
| 5579097 | + | Geisinger, PO Box 983154, Boston MA 02298-3154 |
| 5579099 | + | Hand Surgery Associates LLC, PO Box 14099, Belfast ME 04915-4034 |
| 5579101 | + | Lehigh Valley Health Network, PO Box 981028, Boston MA 02298-1028 |
| 5579105 | | PASI, PO Box 1022, Wixom MI 48393-1022 |
| 5579108 | + | Synergy Orthopaedics LLC, 920 Germantown Pike Suite 210, Plymouth Meeting PA 19462-7401 |
| 5579109 | + | TD RCS/Raymour & Flanigan, 1000 MacArthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2023 18:52:24 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5579086 | + | Email/Text: BankruptcyNotices@Achieve.com | Dec 18 2023 18:42:00 | Achieve Personal Loans, 1875 South Grant Street #400, San Mateo CA 94402-2676 |
| 5579087 | + | Email/Text: backoffice@affirm.com | Dec 18 2023 18:42:00 | Affirm, 633 Folsom Street, 7th Floor, San Francisco, CA 94107-3618 |
| 5579089 | + | Email/Text: backoffice@affirm.com | Dec 18 2023 18:42:00 | Affirm, 30 Isabella Street Floor 4, Pittsburgh PA 15212-5862 |
| 5579088 | + | Email/Text: backoffice@affirm.com | Dec 18 2023 18:42:00 | Affirm, 650 California St 12th Floor, San Francisco, CA 94108-2716 |
| 5579090 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2023 18:41:40 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5579091 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 18 2023 18:41:56 | Capital One Auto Finance, PO Box 259407, Plano TX 75025-9407 |
| 5579848 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2023 18:41:36 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5583923 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2023 18:41:52 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5579094 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 18 2023 18:53:00 | DEPT OF ED / AIDVANTAGE, 1891 METRO CENTER DR, RESTON, VA 20190-5287 |
| 5579095 | | Email/Text: mrdiscen@discover.com | Dec 18 2023 18:42:00 | Discover, PO Box 15316, Wilmington DE 19850 |
| 5579093 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 18 2023 18:42:00 | Department of Education/Nelnet, 121 South 13th |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Street, Lincoln NE 68508-1904 |
| 5583389 | + | Email/Text: mrdiscen@discover.com | Dec 18 2023 18:42:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 5579096 | ^ | MEBN | Dec 18 2023 18:39:47 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5579098 | | Email/Text: ah_bankruptcy@meduitrcm.com | Dec 18 2023 18:42:00 | H & R Accounts, 5320 22nd Ave. PO Box 672, Moline, IL 61265 |
| 5579100 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 18 2023 18:41:38 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 5584401 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 18 2023 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5579102 | ^ | MEBN | Dec 18 2023 18:39:05 | Lending Point, 1201 Roberts Blvd NW STE 200, Kennesaw, GA 30144-3612 |
| 5579103 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 18 2023 18:42:00 | Med Data Systems, 2001 9th Avenue, Suite 312, Vero Beach, Florida 32960-6413 |
| 5579104 | + | Email/PDF: cbp@omf.com | Dec 18 2023 18:52:29 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5579106 | | Email/Text: bankruptcies@penncredit.com | Dec 18 2023 18:42:00 | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg PA 17106-9703 |
| 5579107 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2023 18:52:57 | Synchrony Bank PPC, PO Box 965005, Orlando FL 32896-5005 |
| 5579110 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 18 2023 18:42:00 | Transworld Systems, PO Box 15273, Wilmington DE 19850-5273 |
| 5579111 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 18 2023 18:42:00 | Transworld Systems, PO Box 15618 Dept 51, Wilmington DE 19850-5618 |
| 5583095 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 18 2023 18:42:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5579849 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023     Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Janis Eleanor McDonough johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| John Fisher | on behalf of Debtor 2 Joseph Lee McDonough johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Janis Eleanor McDonough,

**Debtor 1**

Joseph Lee McDonough,

**Debtor 2**

Chapter 13

Case No. 5:23−bk−02631−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 25, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 1, 2024 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2023 |

ntcnfhrg (08/21)