UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JANIS ELEANOR MCDONOUGH and  :  CHAPTER 1
JOSEPH LEE MCDONOUGH           :
    Debtors                    :
                               :
JACK N. ZAHAROPOULOS               :
STANDING CHAPTER 13 TRUSTEE        :
    Movant                     :
                               :
    vs.                        :
                               :
JANIS ELEANOR MCDONOUGH and        :
JOSEPH LEE MCDONOUGH               :
    Respondents                :  CASE NO.   5-23-bk-02631


TRUSTEE'S OBJECTION TO DEBTORS' EXEMPTIONS

AND NOW, this   18th   day December, 2023, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

1.  Trustee objects to debtors' exemption of assets claimed under 11 U.S.C.
§ 522(d)(1).

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's

Objection to Debtors' Exemptions.

Respectfully submitted,


/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
(717)566-6097

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this   10th   day January, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Fisher, Esquire
126 South Main Street
Pittston, PA   18640

                             /s/Deborah A. DePalma
                             Office of Jack N. Zaharopoulos
                             Standing Chapter 13 Trustee