UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JANIS ELEANOR MCDONOUGH and JOSEPH LEE MCDONOUGH<br>Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| JANIS ELEANOR MCDONOUGH and JOSEPH LEE MCDONOUGH<br>Respondents | : | CASE NO. 5-23-bk-02631-MJC<br>OBJECTION TO EXEMPTIONS |

## ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.